IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTON TRUSTEES, LLC, *et al.*,
    Plaintiffs,

v.                                                                           Civil No. 3:20cv240 (DJN)

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,
    Defendant.

## ORDER
**(Granting Motion to Amend Scheduling Order; Rescheduling Hearing)**

This matter comes before the Court on Defendant Genworth Life and Annuity Company's Consent Motion to Adjust Scheduling and Pretrial Order (ECF No. 93), moving the Court to adjust the date on which Defendant will sit for a Rule 30(b)(6) deposition and certain deadlines with respect to expert witness disclosures. Because the parties are in agreement, and the Court finds good cause, Defendant's Motion (ECF No. 93) is hereby GRANTED. Accordingly, it is hereby ORDERED that:

(1) Defendant's corporate designee shall sit for a deposition under Fed. R. Civ. P. 30(b)(6) not later than January 12, 2022;

(2) The deadlines for serving Rule 26(a)(2) expert disclosures identified in Paragraphs 5(a)-(c) of the Scheduling and Pretrial Order (ECF No. 41) shall be extended so that initial expert reports shall be served on or before January 24, 2022, responsive reports shall be served on or before February 14, 2022 and any rebuttal reports shall be served on or before February 24, 2022; and,

(3) All other deadlines imposed in the Court's Scheduling and Pretrial Order remain unchanged.

Additionally, after conferring with counsel for the parties, the Court hereby RESCHEDULES the hearing on Plaintiffs' Motion for Class Certification (ECF No. 46), for February 25, 2022, at 10:00 a.m.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/ David J. Novak
David J. Novak
United States District Judge

Richmond, Virginia
Date: December 20, 2021