IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTON TRUSTEES, LLC, *et al.*,
    Plaintiffs,

v.                                                      Civil No. 3:20cv240 (DJN)

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,
    Defendant.

## ORDER
### (Setting Briefing Schedule for Preliminary Approval)

This matter comes before the Court following a telephonic status conference with the parties on March 29, 2022, during which the parties confirmed that they had reached a resolution of this matter. For the reasons stated during the status conference, it is hereby ORDERED as follows:

1. All case deadlines are hereby VACATED;

2. Defendant's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (ECF No. 118) is hereby DENIED AS MOOT;

3. As soon as practical, but not later than April 12, 2022, Defendant shall provide Plaintiffs updated confirmatory COI data discovery, as agreed to by the parties at the mediation;

4. Not later than April 19, 2022, Plaintiffs shall confirm whether the settlement will proceed, in light of the updated confirmatory COI data discovery;

5. Not later than April 26, 2022, the parties shall execute a long-form settlement agreement, and Defendant shall produce to Plaintiffs the class list and mailing addresses; and

6. Not later than April 29, 2022, Plaintiffs shall file a motion for preliminary approval of the settlement.

As agreed during the status conference, the Court will hold a telephonic hearing on the motion for preliminary approval of the settlement on May 6, 2022, at 2:30 p.m.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: March 30, 2022