IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTON TRUSTEES, LLC, *et al.*,
   Plaintiffs,

v.                                        Civil No. 3:20cv240 (DJN)

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,
   Defendant.

## ORDER
### (Granting Motion to Extend Deadlines)

This matter comes before the Court on the parties' Joint Motion to Extend Preliminary Approval Deadlines (ECF No. 129), moving to extend the briefing schedule for preliminary approval (ECF No. 128). Because the parties are in agreement, and the Court finds good cause, the parties' Motion (ECF No. 129) is hereby GRANTED. It is hereby ORDERED that:

1. The parties shall execute a long-form settlement agreement not later than May 6, 2022;

2. Plaintiffs shall file a motion for preliminary approval of the settlement not later than May 9, 2022;

3. The hearing on Plaintiffs' motion for preliminary approval is hereby RESCHEDULED to occur on May 26, 2022, at 11:00 a.m. The hearing will occur telephonically.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                 /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated:  April 27, 2022