# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| BRIGHTON TRUSTEES, LLC, AS TRUSTEE, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br>     Defendant. | Civil No. 3:20cv240 (DJN) |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Brighton Trustees, LLC, on behalf of and as trustee for Diamond LS Trust; Bank of Utah, solely as securities intermediary for Diamond LS Trust; and Ronald L. Daubenmier (together, "Plaintiffs"), individually and on behalf of a class of policy owners proposed to be certified for purposes of settlement (the "Settlement Class" or "Class"), respectfully move this Court for an order:

1. Certifying the Settlement Class, appointing Plaintiffs as Class representatives, and Susman Godfrey L.L.P. as Class Counsel.

2. Preliminarily approving the proposed Settlement, plan of allocation, and the form and manner of notice to the Settlement Class.

3. Directing notice to the Class under Rule 23(e)(1).

Plaintiffs have conferred with Defendant Genworth Life & Annuity Insurance Company ("GLAIC") pursuant to Local Rule 7.1, and GLAIC has informed Plaintiffs that it does not oppose the relief sought in this Motion.

Dated: May 9, 2022

Respectfully submitted,

*/s/ Kathleen J.L. Holmes*
Ellen D. Marcus (Virginia Bar No. 44314)
Kathleen J.L. Holmes (Virginia Bar No. 35219)

HOLMES COSTIN & MARCUS PLLC
301 N. Fairfax Street, Suite 202
Alexandria, VA 22314
Tel:     703-260-6401
Fax:     703-439-1873
emarcus@hcmlawva.com
kholmes@hcmlawva.com

Steven G. Sklaver (*pro hac vice*)
Lora J. Krsulich (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:     310-789-3100
Fax:     310-789-3150
ssklaver@susmangodfrey.com
lkrsulich@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan Kirkpatrick (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:    212-336-8330
Fax:     212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Jonathan J. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel:     713-653-7813
Fax:     713-654-3399
jross@susmangodfrey.com

*Interim Lead Class Counsel*

Francis J. Balint, Jr. (Virginia Bar No. 21909)
Andrew S. Friedman (*pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, PC.
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Tel: 602- 274-110
Fax: 602-274-1199

afriedman@bffb.com
fbalint@bffb.com

*Attorneys for Plaintiff Daubenmier*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of May 2022, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Kathleen J.L. Holmes*
HOLMES COSTIN & MARCUS PLLC
301 N. Fairfax Street, Suite 202
Alexandria, VA 22314
Tel:    703-260-6401
Fax:    703-439-1873
kholmes@hcmlawva.com