IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTON TRUSTEES, LLC, *et al.*,
    Plaintiffs,

v.                                Civil No. 3:20cv240 (DJN)

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,
    Defendant.

## ORDER
### (Providing Remote Access to Preliminary Approval Hearing)

This matter comes before the Court on its own initiative. The public is hereby NOTIFIED that the preliminary approval hearing scheduled for May 26, 2022, at 11:00 a.m., will be held remotely using the following conference call information:

    **Call-in:**        **877-848-7030**
    **Access Code:**  **4115404**

To reduce the need for travel and in-person appearances during the pandemic, the Court will not require the personal appearance of any party or its counsel. Individuals who listen remotely must conduct themselves as if they are attending the argument in the Courtroom, ensuring that their telephones are in listening mode only such that the Court cannot hear them. Further, all individuals are reminded of Local Rule 83.3, which provides that individuals "may not record or cause to be recorded any such proceeding without the express consent of the presiding judge." Loc. R. Civ. P. 83.3(c). The undersigned has not consented to the recording of the hearing on May 26, 2022. Accordingly, no individual listening remotely shall employ any recording device, including the use of an additional court reporter. The only record of this

proceeding shall be with the Official Court Reporter. Any individual violating this Order or Local Rule 83.3 is subject to being held in contempt of court.

The Clerk is directed to file this Order electronically and notify all counsel of record.

It is so ORDERED.

                                            /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Date: May 25, 2022