UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BRIGHTON TRUSTEES, LLC, AS TRUSTEE, *et al.*, <br>     Plaintiffs, <br><br>     v. <br><br> GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br>     Defendant. | Civil No. 3:20cv240 (DJN) |

## CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARDS

Pursuant to the Court's Order Preliminarily Approving Class Action Settlement (ECF No. 136 ¶ 20), Class Counsel for Plaintiffs Brighton Trustees, LLC, on behalf of and as trustee for Diamond LS Trust; Bank of Utah, solely as securities intermediary for Diamond LS Trust; and Ronald L. Daubenmier (together, "Plaintiffs"), on behalf of themselves and the certified class, move this Court before the Honorable David J. Novak for an order for attorneys' fees, reimbursement of litigation expenses, and incentive awards for Plaintiffs.

In support of this motion, Class Counsel will rely upon the accompanying memorandum of law, the declarations attached hereto, and other written or oral argument as may be requested or permitted by the Court.

Dated: July 8, 2022
                                        Respectfully submitted,

                                        */s/ Kathleen J.L. Holmes*
                                        Ellen D. Marcus (Virginia Bar No. 44314)
                                        Kathleen J.L. Holmes (Virginia Bar No. 35219)
                                        HOLMES COSTIN & MARCUS PLLC
                                        301 N. Fairfax Street, Suite 202
                                        Alexandria, VA 22314
                                        Tel:    703-260-6401
                                        Fax:   703-439-1873

emarcus@hcmlawva.com
kholmes@hcmlawva.com

Steven G. Sklaver (*pro hac vice*)
Lora J. Krsulich (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:    310-789-3100
Fax:    310-789-3150
ssklaver@susmangodfrey.com
lkrsulich@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan Kirkpatrick (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:   212-336-8330
Fax:    212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Jonathan J. Ross (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel:    713-653-7813
Fax:    713-654-3399
jross@susmangodfrey.com

*Interim Lead Class Counsel*

Francis J. Balint, Jr. (Virginia Bar No. 21909)
Andrew S. Friedman (*pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, PC.
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Tel: 602- 274-110
Fax: 602-274-1199
afriedman@bffb.com
fbalint@bffb.com

*Attorneys for Plaintiff Daubenmier*